Antonio LA VALLE, respt., v. HINCKLEY CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur; De Angelis, J., not sitting.

Antonio LA VALLE, respt., v. HINCKLEY CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

James J. LAWLOR, respt., v. CITY OF BUFFALO, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the objection to the hypothetical question put to the witness Witmer was improperly overruled and the exception to such ruling was well taken. All concur, except Foote and Merrell, JJ., who dissent.

Charles W. LEAVITT, Jr., appellant, v. James O. WINSTON, respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order modified, by striking out all the items directed, except subdivision "f," and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Henry LE COUTEULX, de Caumont, et al., applts., v. TRUSTEES OF ROMAN CATHOLIC CHURCH OF ST. LOUIS et al., respts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with costs. All concur.

James LEFFERTS, plaintiff, v. Mary A. CRONIN and Anna M. Cronin, appellants, impleaded with another, respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied on condition that appellants, either through their present attorney or such attorney as they may designate, within 20 days, perfect their appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Sophie LEMBERT, an inft., etc., Respt., v. SOUTH BROOKLYN RAILWAY CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Victoria E. LEMOINE, respt., v. Samuel L. WARRIN, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

William J. LEONARD and Marietta Leonard, respts., v. Etta Du Bois WOOD, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Nathan LEPOW et al. v. Samuel BRISKMAN et al. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Harry M. LEVENGSTON, Applt., v. LAMB PUBLISHING CO., et al., Respts. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Order affirmed, with costs. No opinion. Order filed.

Sophia LEVENTHAL, as admrx., etc., respt. v. LOYAL PROTECTIVE INS. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed, with costs. All concur.

Benjamin A. LEVINE v. Max SPIEGEL, (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

In the Matter of Harry M. LEVINGSTON, Respt., v. James J. FARMER, indiv., etc., et al. Defts., and PAN-AMERICAN PRINTING CO., Inc., third party, Applt. (Supreme Court Appellate Division, First Department. May 26 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Order filed.

David LEVOW, as Admr., etc., Respt., v CITY OF NEW YORK, impleaded, etc., Applt (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Marcel LEVY, as Receiver, Respt., v. Samuel KURZMAN et al., Applts. (Supreme Court Appellate Division, First Department. June 23 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

LEWIS H. MAY CO., Applt., v. RAMONA REALTY CO. Inc., Respt. (Supreme Court Appellate Division, First Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Max LIEBOWITZ, an infant, etc., Respt., v LONG ISLAND RAILROAD CO., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order modified, by changing the final words relating to costs from "abide the event of the trial" to "abide the event of the action," and, as so modified, affirmed, without costs. No opinion. Settle order on notice.

Philip LIEBOWITZ, Respt., v. LONG ISLAND RAILROAD CO., Applt. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Order modified, by changing the final words relating to costs from "abide the event of the trial" to "abide the event of the action," and, as so modified, affirmed, without costs. No opinion. Settle order on notice.

Cameron L. LILLIE, an inft., etc., Applt., v H. C. STOWE CONSTRUCTION CO., Respt (Supreme Court, Appellate Division, First De